# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2532
_____

United States of America,

*Plaintiff - Appellee,*

v.

Jeremy Jeremiah Canady,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: November 16, 2022
Filed: November 29, 2022
[Unpublished]
_____

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Jeremy Canady appeals after the district court[1] revoked his supervised release and sentenced him to 36 months in prison. His counsel has moved to withdraw, and

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the revocation sentence.

Upon careful review, we conclude that Canady's sentence was not unreasonable, as there was no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006); *see also United States v. Elodio-Benitez*, 672 F.3d 584, 586 (8th Cir. 2012). The revocation sentence and term of supervised release are within the statutory maximum, *see* 18 U.S.C. § 3583(e)(3); 21 U.S.C. § 841(b)(1)(A), and the district court stated that it had considered the 18 U.S.C. § 3553(a) factors, *see United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____